IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:07-CR-065 |
| | § | |
| ITTHISON PHENGSENGKHAM<br>a/k/a Eddy Phengsengkham | §<br>§ | |

MOTION TO SUPPRESS

TO THE HONORABLE JUDGE OF SAID COURT:

Itthison Phengsengkham, Defendant in the above cause, moves the Court to suppress and exclude from evidence in the above cause all of the substance claimed by the United States to be methamphetamines and United States currency which was taken by Agents of the United States from the Colonial Manor Hotel, Room No. 46, and then and there occupied by said Defendant in Potter County, Texas, on or about February 15, 2007, upon the ground that said property was illegally and unreasonably seized due to the "stale information" contained in a search warrant issued in violation of the Fourth Amendment to the Constitution of the United States by reason of the following facts:

I.

The warrant was issued on February 14, 2007. The Affiant, Carlos G. Perez, does not state when the "triggering event" for issuance of a search warrant became "explicitly clear."

II.

More specifically, the Affiant states information regarding a series of controlled buys that occurred in August and September of 2006. He further talks about surveillance on January 24th, 25th, 30th and 31st of 2007.

III.

There is however, nothing contained in the February 14, 2007 search warrant to indicate what specific triggering event led affiant to conclude that contraband would be found in Colonial Manor Hotel, Room No. 46.

IV.

WHEREFORE, Defendant prays that a hearing be had hereon and that upon hearing hereof that this Court judicially find and determine that said search and seizure was based on a defective warrant, without probably cause and illegal and unreasonable in violation of the Fourth Amendment to the Constitution of the United States and that the controlled substance seized and United States currency taken from said Colonial Manor Hotel, Room No. 46 at said time be suppressed and excluded from evidence in this cause and that the United States and its agents prosecuting this cause be ordered to refrain from offering in evidence or producing in the presence of the jury on the trial of this case said controlled substance and United States currency claimed by the United States to be methamphetamines or United States currency and from asking question of any of said officers as to the presence of said substance in said vehicle at said time and place.

Respectfully submitted,

LAW OFFICE OF DAVID MARTINEZ
1663 Broadway
Lubbock, Texas 79401
Telephone (806) 744-1692
Telecopier (806) 744-5660

David Martinez
State Bar No. 13141650
Attorney for Movant

Certificate of Service

This is to certify that on this 1st day of August, 2007, a true and correct copy of the foregoing Motion to Suppress was forwarded to the persons listed below in the method indicated.

Vicki Lamberson
Assistant United States Attorney
Northern District of Texas
Amarillo, Texas 79101

David Martinez

_____ Certified Mail RRR
_____ Personal Delivery
_____ U.S. Mail 1st Class
__✓__ Facsimile Transfer
806.324.2399