IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:07-CR-065 |
| | § | |
| ITTHISON PHENGSENGKHAM | § | |
| a/k/a Eddy Phengsengkham | § | |

BRIEF IN SUPPORT OF MOTION TO SUPPRESS

TO THE HONORABLE JUDGE OF SAID COURT:

Itthison Phengsengkham submits this, his brief, in support of his Motion to Suppress and would show the Court as follows:

I.

Although a warrant must clearly state when it takes effect, anticipatory warrants rely on a "triggering event" and the event must be explicitly clear. In the present case, the warrant is anticipatory because it takes effect at a future date and not upon its issuance. United States v. Gendron, 18 F.3d 955, 965 (1st Cir. 1994), cert. denied 513 U.S. 1051 (1994).

II.

Stale information may, on occasion, actually defeat the warrant. United States v. Hython, 443 F.3d 480. However, whether the information in a search warrant is stale depends upon several factors. Those factors that have been identified include:

1. The nature of the activity,
2. The length of the activity, and
3. The nature of the property to be seized.

United States v. Harris, 369 F.3d 1157 (10th Cir. 2004).

III.

It is Defendant's position, however, that there is no critical information concerning the few days before the preparation of the search warrant, that would lead a magistrate to believe there was sufficient reason that the items to be seized were still on the premises to be seized. United States v. Bowman, 215 F.3d 951, 964 (9th Cir. 2000).

IV.

Therefore, based on the above argument, Defendant requests that this Court grant said Motion to Suppress.

Respectfully submitted,

LAW OFFICE OF DAVID MARTINEZ
1663 Broadway
Lubbock, Texas 79401
Telephone (806) 744-1692
Telecopier (806) 744-5660

David Martinez
State Bar No. 13141650
Attorney for Defendant

Certificate of Service

This is to certify that on this 1st day of August, 2007, a true and correct copy of the foregoing Motion to Suppress was forwarded to the persons listed below in the method indicated.

Vicki Lamberson
Assistant United States Attorney
Northern District of Texas
Amarillo, Texas 79101

David Martinez

_____ Certified Mail RRR
_____ Personal Delivery
_____ U.S. Mail 1st Class
_____ Facsimile Transfer
*806.324.2399*