

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 3 2007

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:07-CR-0065 (02) |
| | § | |
| ITTHISON PHENGSENGKHAM | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS

On August 8, 2007, the United States Magistrate Judge entered a Report and

Recommendation recommending therein that the motion to suppress filed by defendant ITTHISON

PHENGSENGKHAM be denied. No objections to such Report and Recommendation have been

filed of record.

The undersigned United States District Judge has reviewed the Report and Recommendation

of the United States Magistrate Judge and has made an independent examination of the records in

this case. Based upon the foregoing, the undersigned District Judge is of the opinion the Magistrate

Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the

motion to suppress filed by defendant ITTHISON PHENGSENGKHAM is DENIED.

IT IS SO ORDERED.

ENTERED this _____13th_____ day of August 2007.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE